UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____

MALIBU MEDIA, LLC,

                Plaintiff,

    v.

JON DOES #1, et al.

                Defendants.

_____

Civil Action No. 12-7092 (FSH)

NOTICE OF CALL FOR DISMISSAL
PURSUANT TO FED. R. CIV. P. 4(m)

     PLEASE TAKE NOTICE, the above-captioned action will be dismissed on <u>September 5, 2013</u>, for failure to properly effect service of the summons and complaint within 120 days of the filing of the complaint, unless you establish that proper service was effected within said 120 days, by filing proof of service with the Clerk of the Court <u>before</u> the return date of this notice. If proof of service is not filed before the return date, Plaintiff is required to provide sufficient reason through writing for good cause why this action should not be dismissed.

                                                   WILLIAM T. WALSH, CLERK

                                                   by:    <u>s/   Kimberly Darling</u>
                                                                Deputy Clerk

Date: August 22, 2013

cc:  Hon. Faith S. Hochberg